# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

JOHN CHU
ZHU ZHAOXIN

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ. 04-850-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about <u>March 25, 2004</u> to on or about <u>May 6, 2004</u>, in the District of <u>Massachusetts</u> defendant, (Track Statutory Language of Offense)

did unlawfully, willfully and knowingly combine, conspire, confederate and agree with each other and with one or more persons, known and unknown, to commit offenses against the United States, to wit: to export defense articles or defense services designated by the President under 22 U.S.C. 2778(a)(1) without a license for such export, in violation of 22 U.S.C. §2778(b)(2) and (c),

in violation of Title <u>18</u> United States Code, Section(s) <u>371</u>.

I further state that I am a(n) <u>Special Agent, Immigration and Customs Enforcement</u> and that this complaint is based on the following facts:
Official Title

<u>See</u> attached Affidavit of William J. Argue.

Continued on the attached sheet and made a part hereof:   [x] Yes   [ ] No

Signature of Complainant
WILLIAM J. ARGUE
Special Agent, ICE

Sworn to before me and subscribed in my presence,

<u>May 6, 2004</u> @ 11:05PM at Brookline Boston, Massachusetts
Date                                              City and State

MARIANNE B. BOWLER
Chief United States Magistrate Judge                Signature of Judicial Officer
Name and Title of Judicial Officer