AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| JOHN CHU | Case Number: 04-10156-WGY |

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>GREGORY MOFFATT | DEFENDANT'S ATTORNEY<br>CHARLES McGINTY |
|---|---|---|
| TRIAL DATE (S)<br>6/15/04, 6/17/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/15/04 | | | SPC. AGENT WILLIAM ARGUE |
| 1 | | 6/15/04 | X | X | COPY OF REPUBLIC OF CHINA PASSPORT |
| 2 | | 6/15/04 | X | X | COPY OF UNITED STATES PASSPORT |
| 3 | | 6/15/04 | X | X | COPY OF REMAINDER OF UNITED STATES PASSPORT |
| 4 | | 6/17/04 | X | X | PEOPLES REPUBLIC OF CHINA RESIDENCE PERMIT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1       Pages