UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                    CRIMINAL
                                                                              NO. 04-10156 -WGY

JOHN CHU

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on 6/4/04 before BOWLER, USMJ, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by 7/2/04  See L.R116.1(C).

B. The defendant shall provide automatic discovery by 7/2/04 . See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 7/16/04. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 7/30/04. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on 7/27/04 at 10:30 a.m. in Courtroom No. 18 on the 5 floor.

By the Court,

7/13/04                                                                /s/ Elizabeth Smith
_____                                         _____
Date                                                                      Deputy Clerk

(Crinsch1.wp - 11/24/98)