UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: **04-10156-WGY**

**UNITED STATES**
**Plaintiff**

v.

**JOHN CHU**
**ZHU ZHAOXIN**
**Defendant**

### SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on 9/14/04

Any substantive motions are to be filed by    2/28/05    . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before    3/14/05    See LR 116.3(l).

A Final Pretrial Conference will be held on    4/4/05 @ 2:00 pm

A joint memorandum in accordance with LR 116.5(C) is to be filed by 4/4/05

A tentative trial date has been set for    5/2/05

The time between    9/14/04    and 5/2/05    is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith

_____
**Deputy Clerk**

**SEPT 14,2004**
**To: All Counsel**