United States District Court
District of Massachusetts

United States of America ) Criminal No:
V.                       ) 04-cr-10156-WGY
John Chu                 )
                         )
                         )

### Notice of an Entrapment defense

Now comes the defendant by and through his Attorney, and moves, pursuant to Sorrells V United States 287 U.S. 435, 53 S. CT. 210, 77 LE 412 (1932) and People V. Sinclair 387 Mich 91, 194 NW. 2d 878 (1972) and the Criminal Justice Act That the defendant hereby gives his Notice to the United States government

Respectfully Submitted

*John Chu*

JOHN CHU

Date: ~~May~~, June-1-05

Plymouth County Corrections
26 Long Pond Road
Plymouth, Mass. 02360

United States District Court
District of Massachusetts

United States of Amerrica )
V.                        ) Criminal No:
John Chu                  ) 04-cr-10156 WGY
                          )

## Certificate of Service

I, John Chu, hereby certify that I have this 1th day of JUNE, 2005, Served a copy of the following:

1. Notice of an Entrapment defense

by mailing the same, by first class mail to:

1. Gregory T. Moffatt
   United States Attorney's office
   Federal Courthouse, Suite 9200
   One Courthouse Way
   Boston, Ma 02210

2. Clerk of Courts for Criminal Bus
   Federal Courthouse
   One Courthouse Way
   Boston, Ma 02210

3. Charles P. McGinty

3

Federal Deffender Office
408 Atlantic Ave
Third Floor
Boston, Ma 02110

Respectfully Submitted

*[signature]*

JOHN CHU

DATE JUNE-1-05

Plymouth County Corretions
26 Long Pond Road
Plymouth, Ma 02360

4