United States District Court
District of Massachusetts

United States of America )
Vs.                      ) Criminal No.
John Chu                 ) 04-cr-10156 WGY
                         )

Motion For No Further Continuances
of Trial Delay

Now comes the defendant and hereby moves pursuant to the Criminal Justice Act and pursuant to 18 § 3161 (2) that his trail be held on June 13, 2005 Defendant has Justs Notify the Government That he plans to use a defense of Entrapment. This should not pro-long the trial Date. On June 2, 2005 Defendant's Counsel advise the defendant he needed more time to pursue this type of Defense. Defendant has told his Counsel one month ago that he was going to pursue this Defense  Counsel ha already delayed trial once before  the Government and My counsel has had ample enough time to prepare for trial

—Argument—

2

Under 18 § 3161 (2), the trial shall commence within Seventh days from the date of the action. See <u>US vs Barnes</u> 159 F 3d 4, Mass (1998)

Defendant Claims any more trial Continuances would Violated his Speedy Trail Act under the 5th, 6th. Amendment Const.

Defendant has already been incarcerated for more than <u>12 months</u>, He has not file any motions and has no excludable time off his speedy Trial Clock.

Further - more the defendant plans To File a motion to Dismiss Due to Violation of his Speedy trial Right

Respectfully Submitted

Date: JUNE - 3 - 05

John Chu
26 Long Pond Road
Plymouth, Ma 02360

3

Certificate of Service

This is to certify that I have this day of ____JUNE-3,____, 2005 served the following individuals in the foregoing matter with one copy of the Foregoing

1. Motion For No Further Continuances of trial delay

By having delivered via 1st class mail To the Following:

1. Office of the Clerk
   United States District Court
   One Courthouse Way
   Boston, Ma  02210

2. Charles P. McGinty
   Federal Defender's Office
   408 Atlantic Ave, Third floor
   Boston, Ma 02110

3. Gregory T. Moffatt
   United States Attorney office
   One Courthouse Way Suite 9200
   Boston, Ma. 02210

Date: JUNE-3-05           _____John Chu_____
                                John Chu

4