The Statement of John Chu

04CR10156-WGY

My case is one count of conspiracy with Mr. Zhu and me dealing with some restrictive Hi-Tech products on May 6, 2004. The event was back in Dec 2003. I was a motel manager work the nightshift. One of the tenants, Mr. Zhu came to the front office and asked me to interpret for him, thus I started to work for him as a part time job. Before he went back for China, I helped him to set up an office located in Monterey park, California. And I signed a contract with him to pay me one thousand dollars per month to take care of the office. But Mr. Zhu didn't mention anything about restrictive product at this time.

The second time Mr. Zhu stayed in the motel was Feb 9, 2004. We took one day to visit a supplier names Mr. Wang in Boston. During the meeting Mr. Zhu placed an order for power converters which Mr. Zhu emphasized was not a "sensitive item" (PG 14 complaint)

After couple of month later, Mr. Zhu told me that he couldn't get a visa to the U.S. and asked me to get the power converters from Boston April 20, 2004. I started to put a question mark in my mind. After I looked at the power converters. I told Mr. Wang to ship it and I went back to LA.

Then, two weeks later, May 5. Mr. Zhu came to the U.S. I went with Mr. Zhu to Boston for the power converters. However both of Mr. Zhu and Mr. Wang dealt with the second order of TWT

which was a restrictive item without telling me. After I found out about the second deal I insisted Mr. Zhu not to place the order. Unfortunately we were arrested with the power converters when we arrived back at LAX.

All of the above is a brief description of my case. Now I am going to point out that it is not a conspiracy case. First of all, the entire case was not a real crime. It was a phony event set up by the Special Agent in Charge (SAC of ICE) Mr. Wang was an undercover agent who set up a fake company. However, in the beginning of the conversation Mr. Wang asked me about the purchase order. "I stated that I was unfamiliar with anything related to the actual business transaction and that I was just an interpreter" (P21)

Furthermore, when Mr. Zhu found that Mr. Wang couldn't get the power converters out of the US. legally Mr. Zhu refused to buy the power converters Mr. Wang was really upset and forced Mr. Zhu to place the order, but this part of the conversation was never shown on the tape recording. Again I insisted not to agree with Mr. Zhu to place the second order of TWT. I was informed that the SAC dropped my count of conspiracy for the second order by my attorney Mr. McGinty on Sept 13 2004.

After all, I still remember the moment we were arrested at LAX, the marshall thought we were going to fly to China, but we did not have any reservation and we did not buy any tiket to China. Also, I was told by Mr. Zhu earlier

that Mr. Zhu was going to leave the power converters in the U.S. till the market opened to China.

I have been in the jail since from May 6, 2004, the SAC still can not find anything to charge me with. I hope the SAC spends more time on real crimes and doesn't waste time on an innocent citizen. I have two sons who need to be taken care of. One is six years old, and one is seven years old. I have been in the U.S. more than twenty years. I work hard and pay taxes every year. I go to school to finish my college degree and let my American dream come true. Suddenly, I have been involved in this case but I still have the confidence of the justice system in this country.

My lawyer says that my case is similar to the Delorean case. My entire role in this case has been distory by the SAC. Again during the beginning I know nothing about the restrictive item but the SAC pushed so hard to sell the product to Mr. Zhu that was not shown on the tape in the complaint. Before the last trip to Boston, Mr. Zhu sent three E-mails to Mr. Wang that don't mention the second deal of TWT in front of me. However, in the last meeting Mr. Wang still ask me to translate for him to get the permission from Mr. Zhu to discuss the second order of TWT. All in all SAC used all kind of tricks to put an innocent citizen in the case and don't even show anything against themselves on the tape. Therefore, I have no chance to defend myself at all. Now SAC already droped the first count and only count for me, and canceled trial, I was wondering how long they are going to keep me in the middle of no where.

JOHN CHU 1-25-05