Statement Ⅲ of John Chu   04CR10156-WGY

I will try to simplify this case as clear as 1, 2 and 3,
one charge of Conspiracy with two deal of Hi-tech items
among three "Control Meetings with agent "Steve Wang"
and Mr. Zhu.

According to the ducument of 1. Complaint 2. Indictment
3. Investigation and the first meeting transcribe, we can
get into the topic of subject. First of all, the arrest order
for John Chu and Mr. Zhu in the first page of Complaint is
about " conspiracy to violate the Arms Export Control Act
22 and 18 U.S.C." At the Airport LAX, the US Mashall first
question was? "Where is your international flight ticket"
il said " We dont have any such ticket or reservation"
So, that means the order of arrestment was faulty and
there was no way to prove that we were even leaving
this country with this product called "Power Converter"

Scondery, I was indicted by the Grand Jury. This
indicted is very tricky because it forcused on the
second order which is TWT. in the period of second and
last meetings. The agent intented to not mention about
the power converter in the first meet. Because the agent
felt guity licing on the ducument of Complaint for the
first meeting. However, after nearly one year investiga-
tion, the agent still can not find John Chu related to the
second order which is TWT. Thus, a new report comes out
that focuses back to the first meeting about the placing
order of power Converter. Ladies and Gentalmen
lets us move to the third ducument of Investigation

let me point out a very important issue about
The comparasion between the document of Complaint and
Investigation. Please look at page 23 on the Complaint and
at page 4 on the Investigation report which are identical.
There are 25 sentences to summarize about the first
meeting. I'm going to divide it into two parts. Sentence
1 to 11, talk about placing order of power converter.
The main point of the meaning on the two documents is

> During the meeting, Chu, after discussion with Zhu
> in Chinese, acknowledged that the Vicor power converter
> were controlled for export by DOS and further
> acknowleged that the DOS would deny any export
> license application for such items for end use in
> China (P23 complaint + P4 Investigation.)

that is not true at all. The true meaning is after agent
"Mr. Wang" intensively push Mr. Zhu to buy Night Vison ITT
which was refuse by Mr. Zhu. And Mr. Wang start to
get up set "We spent a lot of time ... We put a lot
of our resorces to try to get him (Zhu) a very good price.
and there is a lot of risk involved" (P6 Transcribe)
Furthermore, Mr. Wang tried to confuse about the power
converter was never granted to China and forced Mr. Zhu
not to fill out the application. Let's look at page 14 on
the complaint:

> The official at Vicor further stated that Vicor was
> Currently seeking a commodity jurisdiction from
> the U.S. Goverment to determine if the power converter
> should be considerd as controlled for export .... (P14)

2

which means this kind of "Category XI" (114) as long as fill out the form for application it will grated to China. In the meantime, John Chu strongly refuse to buy any illegal product and tells Mr. Wang "I dont want take the risk" (115 Transcribe) Also. John Chu tells Mr. Zhu

The risk is twenty-five (25) years in jail (116)

It's not because I dont want to do it.

This is the rule of game. (250)

Thats nothing? (Laughing) Wife and kid,

the whole family. (P3?)

This conversation will prove we didnt conspiring together at all. I refused to ~~do~~ export for them anyway. The second part from 12-25 sentences about how to export to China. Since John Chu suggested about "third country" which was rejected by Mr. Zhu and Wang refused to export to third country at the beginning of the conversation. But agent cut and paste to the second part of meeting. The point is the agent tried to manipulate the essential meaning of the first meeting and confuse (mislead) the judge and grand jury in his statement. What is more, in the rest of the report seems that Me and Mr. Zhu make decision as same as equal position. As a matter of fact John was hired and contracted by Mr. Zhu to be a sales person plus office duties including being his interpreter. Mr. Zhu has a registered company of California State name New Crystal USA. INC. So when I went to the first

3

meeting I thought it was selling electronics, and
it didn't know any of this product was illegal.
In this type of satuation is suitable the law of
Mens-rea "Not Knowing" Didn't intent to comit a
crime. After we carefully examined the conversation
from the original transcribe that we found the ducument
of the complaint and the investigation were the one trying
to confuse the grand jury for the first meeting.

The main topic of the second meeting was John Chu
to check the power connector by himself with Mr. Wang.
After I checked the power coverter, I handedin the
business card to request Mr. Wang shiping the
product to LA. In the meeting, I told Mr. Wang
that I dont agree with Mr. Zhu to ship the power converter
by air that well against the law. Thus I started to
show the agent a news paper cliping. He said that
is the reason why we have to be carefull. I became
more allert and I told Mr. Wang in the begining Mr.
Zhu said we are not going to buy any sensitive
product. Wang said "They are all controlled". (P41)
After this it left and Contact Mr. Zhu and told him
I'm not going delivery for them. That is the reason
why Mr. Zhu came for the third meeting.

4

Before the third meeting, Mr. Zhu told that he
will wait for the market open and I started feel
comfortable come with him for the last meeting.
However, according the complaint reports that Mr Bai
mentions three time not to talk about TWT in front
of me to Mr Wang. On the way from the airport to
the hotel May 5, 04 early in the morning. Mr Wang
ask me to translate for him. "Can you get the permision
from Mr Zhu to talk about TWT front of you"
I'm going to point out that is very rediculis and evil
way to try to bring me into this deal of TWT. This
conversation was never shown in any documents.
In the same day of late afternoon the agent got
the permission from Mr. Bia to mention TWT in front
of me is shown on the ducument. The main point is
the agent try to make me involve smoothly and
make the story more reasonable. This was
misconduct by the agent. At the end of meeting,
Mr Wang pushed Mr Zhu seven time to place the
order of TWT and I told Mr Wang "I tell you
tommorow". (P57) Because I always do not agree to
buy any illegal product.

After all, this is not a conspiracy case over the close look of three meetings

1. In the first meeting John refused to do any illegal activities

2. In the second meeting John refused to deliver this product "

3. In the last meeting John didn't even know about the second deal.

In the beginning John thought he was working for a electronics company as a sales person.

According to the definition of Mens rea Latin (lit. "guilty mind") The state of mind that makes the performance of a particular act a crime. Or a crime of a particular degree; the element of fault that makes an otherwise innocent act or omission punishable. For example, a careful driver who hits a child who darts out from between parked cars may be guilty of no crime, whereas a driver who had time to avoid the child but carelessly failed to do so may be guilty of homicide.
(See also Actus Reus.)

6

John just like the first driver who darts and
tries to stop and refuses to deliver and tell
the agent this a crime. John again and again
refuse to buy any illegal item.

On the other hand, lets focuse on Entrapment
The moste important thing is the agent tued to grab and
sebduce and suck John into this saturation.
According to the definition of Entrapment:
The following are important consideration for the
prosecution and the court when estableshing
whether the defendant had a predisposition
to commit a crime.

1 The character or reputation of the depedant, including any
   prior criminal record.
2 whether the defendant initially made the suggestion of
   criminal activity.
3 wheter the defendant engaged in the criminal activity
   for profit
4 that the defendant did not evidence reluctance to
   commit the offense.
5. that the government did not offer any inducement
   or persuasion to the defendant to commit the crime.

The defendant may establish inducement by
showing that on numerous occasions the agent
sough to have John engage in illegal activity,
but John refused one or more of those attempts
1. John has no record in his entire life.
2. John didnt even work for this company until
   6 month after.
3. John didnt make any money off for this deal
4. John was reluctance to commit any crime
   and refuse to deliver and dont agree to buy illegal item
5. John was induce and trap in the car from the
   Airport to the hotel for the deal of TWT.
Base on all this five regulations John was entraped
and the agent commit police misconduct into John.

8

The final point I would like to indicate is about Delorian Case (1985). The defendant pay the money to buy the drugs, but John didn't buy anything and John thought he was working at a wonderfull company. John has been in U.S twenty two years, John is a good citizen, and pays his taxes every year. John has two children they are 6 and 7 year old that need this financial help. John is good father and good worker, he never committe any crime in his life. John is artist. he has ability to take care his family. The entire role in this case of John has been distorted by the agent. Thus, John's case is similar to Delorian Case in the end. As Delorian said "Thats not me at all".

Here is a Video presentation of John Chu real life Ladies and Gentalmen, I hope this statement and the Video will help you to understand that I am innocent person. Thank you for your time.

JOHN CHU 5-25-05

9

Memos

1. Motion to Exclude any "Mention on TWT" Defendant didn't even Kown any Knowledge of buying TWT

2. File a Motion of Entrapment with the government

   Entrapment is a Valid defense. to give Notice to the Government.

3. File a motion for government misconduct ~~before~~ trial or it will have no right to apply this issue.

4. Mens Rea Law.

5 John Chu reserve his right to take the Stand on this behalf.

6. Having a person from Vicor Company to come into court and testify that this product history.

7. Showing the ICE NEWS PAPER front of jury.

8. John Chu Art works presentation DVD

10



JOHN IS GOOD CITIZEN, PAYES TAXES, NO RECORDS
JOHN WORK AS MOTEL MANAGER
JOHN FIRST TIME MEET ZHU, RAHT OFFICE

2003 | 2004

P2 | 1 | 2    3   4   5

JOHN SIGNS CONTRACT WITH ZHU

JOHN STATES WAS UNFAMILIAR BUSINESS....ARTIST (CMPLN 21)

THE FIRST BOSTON MEETING - ZHU REFUSE THE 1ST ORDER (NO SHOW)
THE FIRST ORDER IS CK TO SALE CHINA AS LONG AS APPENT THE LICENSE

(1)

JOHN SERVED AS A CHINESE TRANSLATOR FOR ZHU (CMPLN 22)
SO, JOHN DID NOT SAY ANY THING WITH HIS OWN WORDS
ANY THING ABOUT THIRD COUNTRY IS NOT ABOUT THE 1ST ORDER

3-25-05  1st TIME DEAL THE SECOND ORDER TWT

JOHN STATES ZHU PUT HIM IN FRONT OF THIS. (CMPLN 32)

(2)
            MEETING
JOHN SECOND BOSTON MEET - JOHN REQUEST DELIVER, NO DELIVER FOR ZHU (CMP)
JOHN SHOW'S NAME NOT TO INVOLVE TROUBLE ... SO, FEELING NOT SENSITIVE
FOR THE 1ST ORDER

40

JOHN SAYS THIRD COUNTRY IS TRING TO PLEASE WANG AND TALK ABOUT
ZHU'S WORD DID NOT DO
INDICTMENT 24  DO NOT EVEN SHOW THE BUSINESS CARD
INVESTIGATION  DO NOT SHOW THE WORD OF WANG REFUSE SHIPPING,

(3)
            MEETING
THE THIRD BOSTON MEET ZHU T WANG  DEAL THE SECOND ORDER WITHOUT TELL JOHN (NO SHOW)
JOHN MENTIONS ZHU BEING TAPE RECORDED DURING IN THE MEETING (CMPLN 34)
JOHN + ZHU DID NOT BUY THE TICKET TO LEAVE US.

THE REASON TO ARREST JOHN + ZHU TO LEAVE US

JOHN FIND NEW JOB

INDICTMENT TO CHARGE JOHN ONE COUNT THE TWT ORDER

11