UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10156-WGY |
| | ) | |
| JOHN CHU | ) | |

### EX PARTE MOTION FOR HEARING ON QUESTION OF COUNSEL AND TO WITHDRAW AS COUNSEL

Undersigned counsel moves for a hearing on the question of counsel and to withdraw from the above-captioned case. As ground therefor, counsel states that his relationship with his client has utterly deteriorated. Mr. Chu believes that this counsel is acting to his disadvantage and to the government's benefit. The level of mistrust prevents any productive discussion about the case. An obvious fruit of this is that Mr. Chu now files his own pleadings. Mr. Chu deserves to have confidence in his counsel. Undersigned counsel moves to withdraw and asks that substitute counsel be appointed, as that will assure the interests of justice.

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date:  June 9, 2005