UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
v.                            )
                              )    Crim. No. 04-10156-WGY
JOHN CHU and                  )
SUNNY BAI,                    )
         Defendants.          )
```

**UNITED STATES' WITNESS & EXHIBIT LIST**

**EXHIBITS**

The United States notifies defense counsel of its intention to offer the following exhibits during its case-in-chief:

| EXHIBIT I.D. NO. | | DESCRIPTION |
|---|---|---|
| A. | _____ | Mock Vicor DC/DC military grade power converter |
| B. | _____ | Mock C.P.I. military grade traveling wave tube |
| C. | _____ | Department of State certification of export license requirement for Vicor DC/DC military grade power converter and C.P.I. military grade traveling wave tube |
| D. | _____ | Department of State certification of non-registration and non-application for export license by any named Defendant, Zhu Zhaoxin or Hong Kong New Crystal, Inc. |
| E. | _____ | E-mail dated 2/5/2004 from Sunny Bai to SAC/Boston undercover company. |
| F. | _____ | Audiotape of telephone conversation on 2/5/2004 between John Chu and SAC/Boston undercover agent (Tape 16). |
| G. | _____ | Audiotape of telephone conversation on |

-1-

2/5/2004 between John Chu and SAC/Boston undercover agent (Tape 18).

H.        _____     Audiotape of telephone conversation on 2/6/2004 between John Chu and SAC/Boston undercover agent (Tape 20).

I.        _____     Audiotape of 2/9/2004 meeting among John Chu, Zhu Zhaoxin and SAC/Boston undercover agent.

J.        _____     Fax dated 2/10/2004 from Sunny Bai to SAC/Boston undercover company.

K.        _____     E-mail dated 2/10/2004 from Sunny Bai to SAC/Boston undercover company.

L.        _____     Audiotape of telephone conversation on 2/10/2004 between John Chu and SAC/Boston undercover agent (Tape 22).

M.        _____     Fax dated 2/11/2004 from SAC/Boston undercover company to Sunny Bai and John Chu.

N.        _____     Audiotape of telephone conversation on 2/12/2004 between John Chu and SAC/Boston undercover agent (Tape 23).

O.        _____     E-mail dated 2/13/2004 from Sunny Bai to SAC/Boston undercover company.

P.        _____     Audiotape of telephone voicemail message on 2/17/2004 from John Chu to SAC/Boston undercover agent (Tape 24).

Q.        _____     Audiotape of telephone conversation on 2/17/2004 between John Chu and SAC/Boston undercover agent (Tape 25).

R.        _____     E-mail dated 2/18/2004 from SAC/Boston undercover company to Sunny Bai.

S.        _____     E-mail dated 2/19/2004 from SAC/Boston undercover company to Sunny Bai.

T.        _____     Fax dated 2/19/2004 from SAC/Boston undercover company to Sunny Bai and John

Chu.

U. _____ E-mail dated 3/22/2004 from Sunny Bai to SAC/Boston undercover company.

V. _____ E-mail dated 4/13/2004 from SAC/Boston undercover company to Sunny Bai.

W. _____ Audiotape of telephone conversation on 4/13/2004 between John Chu and SAC/Boston undercover agent (Tape 29).

X. _____ E-mail dated 4/14/2004 from SAC/Boston undercover company to Sunny Bai.

Y. _____ Audiotape of telephone conversation on 4/15/2004 between John Chu and SAC/Boston undercover agent (Tape 31).

Z. _____ E-mail dated 4/16/2004 from Sunny Bai to SAC/Boston undercover company.

AA. _____ Audiotape of telephone conversation on 4/16/2004 between Sunny Bai and SAC/Boston undercover agent (Tape 32).

AB. _____ E-mail dated 4/16/2004 from SAC/Boston undercover company to Sunny Bai.

AC. _____ E-mail dated 4/19/2004 from Sunny Bai to SAC/Boston undercover company.

AD. _____ E-mail dated 4/19/2004 from SAC/Boston undercover company to Sunny Bai.

AE. _____ Audiotape of telephone conversation on 4/19/2004 between John Chu and SAC/Boston undercover agent (Tape 33).

AF. _____ E-mail dated 4/20/2004 from Sunny Bai to SAC/Boston undercover company.

AG. _____ 4/20/2004 Fax of prior e-mail with handwritten markings, sent from Sunny Bai to SAC/Boston undercover company.

AH. _____ Audiovisual tape of meeting between John Chu and SAC/Boston undercover agent.

AI.        _____     E-mail dated 4/21/2004 from Sunny Bai to SAC/Boston undercover company.

AJ.        _____     Audiotape of telephone conversation on 4/21/2004 between John Chu and SAC/Boston undercover agent (Tape 36).

AK.        _____     Audiotape of telephone conversation on 4/21/2004 between John Chu and SAC/Boston undercover agent (Tape 37).

AL.        _____     E-mail dated 4/21/2004 from SAC/Boston undercover company to Sunny Bai.

AM.        _____     Audiotape of telephone conversation on 4/26/2004 between John Chu and SAC/Boston undercover agent (Tape 39).

AN.        _____     Audiotape of telephone conversation on 4/26/2004 between John Chu and SAC/Boston undercover agent (Tape 40).

AO.        _____     E-mail dated 4/27/2004 from SAC/Boston undercover company to Sunny Bai.

AP.        _____     Audiotape of telephone conversation on 4/29/2004 between Sunny Bai and SAC/Boston undercover agent (Tape 42).

AQ.        _____     E-mail dated 4/29/2004 from Sunny Bai to SAC/Boston undercover company.

AR.        _____     Audiotape of telephone conversation on 4/30/2004 between John Chu and SAC/Boston undercover agent (Tape 43).

AS.        _____     Audiotape of telephone conversation on 5/3/2004 between Sunny Bai and SAC/Boston undercover agent (Tape 44).

AT.        _____     Fax dated 5/3/2004 from SAC/Boston undercover company to Sunny Bai and John Chu.

AU.        _____     Audiotape of telephone conversation on 5/3/2004 between John Chu and SAC/Boston undercover agent (Tape 47).

AV.    _____    Fax dated 5/4/2004 from SAC/Boston
                 undercover company to John Chu.

AW.    _____    Audiotape of 5/5/2004 meeting among John
                 Chu, Zhu Zhaoxin and SAC/Boston
                 undercover agent.

AX.    _____    Audiotape of telephone conversation on
                 5/5/2004 between Sunny Bai and
                 SAC/Boston undercover agent (Tape 51).

AY.    _____    E-mail dated 5/5/2004 from Sunny Bai to
                 SAC/Boston undercover company.

AZ.    _____    Audiotape of telephone conversation on
                 5/5/2004 between Sunny Bai and
                 SAC/Boston undercover agent (Tape 52).

BA.    _____    Audiotape of 5/6/2004 meeting among John
                 Chu, Zhu Zhaoxin and SAC/Boston
                 undercover agent.

Pursuant to Local Rule 117.1(A)(8)(a), if the government subsequently forms an intent to introduce any additional exhibits, the government shall promptly notify defense counsel of the proposed exhibit.

## WITNESSES

The United States notifies defense counsel of its intention to call the following witnesses during its case-in-chief.  The government reserves the right to supplement this Witness List.

1.    Senior Special Agent William Argue
      Immigration and Customs Enforcement
      10 Causeway Street
      Boston, MA 02222

2.    Senior Special Agent Stephen Doo (Retired)
      Immigration and Customs Enforcement
      10 Causeway Street
      Boston, MA 02222

3.    Zhu Zhaoxin
      Essex County House of Corrections
      20 Manning Avenue
      Middleton, MA 01949

4.    Nancy Meyer
      U.S. Department of State
      Directorate of Defense Trade Controls
      2401 E. Street, N.W.
      Washington, DC 20037

Pursuant to Local Rule 117.1(A)(8)(a), if the government subsequently forms an intent to call any additional witnesses, the government shall promptly notify defense counsel of the proposed witness's identity and address.

                                  Respectfully submitted,
                                  MICHAEL J. SULLIVAN
                                  United States Attorney


                         By:   /s/ Gregory Moffatt
                               GREGORY MOFFATT
                               Assistant U.S. Attorney
                               (617) 748-3370

July 19, 2005