UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
v.                            )
                              )    Crim. No. 04-10156-WGY
JOHN CHU and                  )
SUNNY BAI,                    )
        Defendants.           )
```

**UNITED STATES' SECOND SUPPLEMENTAL WITNESS & EXHIBIT LIST**

**EXHIBITS**

The United States notifies defense counsel of its intention to offer the following exhibits during its case-in-chief:

| **EXHIBIT I.D. NO.** | | **DESCRIPTION** |
|---|---|---|
| A. | _____ | Mock Vicor DC/DC military grade power converter |
| B. | _____ | Mock C.P.I. military grade traveling wave tube |
| C. | _____ | Department of State certification of export license requirement for Vicor DC/DC military grade power converter and C.P.I. military grade traveling wave tube |
| D. | _____ | Department of State certification of non-registration and non-application for export license by any named Defendant, Zhu Zhaoxin or Hong Kong New Crystal, Inc. |
| E. | _____ | E-mail dated 2/5/2004 from Sunny Bai to SAC/Boston undercover company. |
| F. | _____ | Audiotape of telephone conversation on 2/5/2004 between John Chu and SAC/Boston undercover agent (Tape 16). |
| G. | _____ | Audiotape of telephone conversation on |

-1-

|     |       |                                                                                                                          |
|-----|-------|--------------------------------------------------------------------------------------------------------------------------|
|     |       | 2/5/2004 between John Chu and SAC/Boston undercover agent (Tape 18).                                                     |
| H.  | _____ | Audiotape of telephone conversation on 2/6/2004 between John Chu and SAC/Boston undercover agent (Tape 20).              |
| I.  | _____ | Audiotape of 2/9/2004 meeting among John Chu, Zhu Zhaoxin and SAC/Boston undercover agent.                               |
| J.  | _____ | Fax dated 2/10/2004 from Sunny Bai to SAC/Boston undercover company.                                                     |
| K.  | _____ | E-mail dated 2/10/2004 from Sunny Bai to SAC/Boston undercover company.                                                  |
| L.  | _____ | Audiotape of telephone conversation on 2/10/2004 between John Chu and SAC/Boston undercover agent (Tape 22).             |
| M.  | _____ | Fax dated 2/11/2004 from SAC/Boston undercover company to Sunny Bai and John Chu.                                        |
| N.  | _____ | Audiotape of telephone conversation on 2/12/2004 between John Chu and SAC/Boston undercover agent (Tape 23).             |
| O.  | _____ | E-mail dated 2/13/2004 from Sunny Bai to SAC/Boston undercover company.                                                  |
| P.  | _____ | Audiotape of telephone voicemail message on 2/17/2004 from John Chu to SAC/Boston undercover agent (Tape 24).            |
| Q.  | _____ | Audiotape of telephone conversation on 2/17/2004 between John Chu and SAC/Boston undercover agent (Tape 25).             |
| R.  | _____ | E-mail dated 2/18/2004 from SAC/Boston undercover company to Sunny Bai.                                                  |
| S.  | _____ | E-mail dated 2/19/2004 from SAC/Boston undercover company to Sunny Bai.                                                  |
| T.  | _____ | Fax dated 2/19/2004 from SAC/Boston undercover company to Sunny Bai and John                                             |

|     |        |                                                                                                              |
|-----|--------|--------------------------------------------------------------------------------------------------------------|
|     |        | Chu.                                                                                                         |
| U.  | _____  | E-mail dated 3/22/2004 from Sunny Bai to SAC/Boston undercover company.                                      |
| V.  | _____  | E-mail dated 4/13/2004 from SAC/Boston undercover company to Sunny Bai.                                      |
| W.  | _____  | Audiotape of telephone conversation on 4/13/2004 between John Chu and SAC/Boston undercover agent (Tape 29). |
| X.  | _____  | E-mail dated 4/14/2004 from SAC/Boston undercover company to Sunny Bai.                                      |
| Y.  | _____  | Audiotape of telephone conversation on 4/15/2004 between John Chu and SAC/Boston undercover agent (Tape 31). |
| Z.  | _____  | E-mail dated 4/16/2004 from Sunny Bai to SAC/Boston undercover company.                                      |
| AA. | _____  | Audiotape of telephone conversation on 4/16/2004 between Sunny Bai and SAC/Boston undercover agent (Tape 32).|
| AB. | _____  | E-mail dated 4/16/2004 from SAC/Boston undercover company to Sunny Bai.                                      |
| AC. | _____  | E-mail dated 4/19/2004 from Sunny Bai to SAC/Boston undercover company.                                      |
| AD. | _____  | E-mail dated 4/19/2004 from SAC/Boston undercover company to Sunny Bai.                                      |
| AE. | _____  | Audiotape of telephone conversation on 4/19/2004 between John Chu and SAC/Boston undercover agent (Tape 33). |
| AF. | _____  | E-mail dated 4/20/2004 from Sunny Bai to SAC/Boston undercover company.                                      |
| AG. | _____  | 2/5/2004 Fax of prior e-mail with handwritten markings, sent from Sunny Bai to SAC/Boston undercover company.|
| AH. | _____  | Audiovisual tape of meeting between John Chu and SAC/Boston undercover agent.                                |

AI. \_\_\_\_\_ E-mail dated 4/21/2004 from Sunny Bai to SAC/Boston undercover company.

AJ. \_\_\_\_\_ Audiotape of telephone conversation on 4/21/2004 between John Chu and SAC/Boston undercover agent (Tape 36).

AK. \_\_\_\_\_ Audiotape of telephone conversation on 4/21/2004 between John Chu and SAC/Boston undercover agent (Tape 37).

AL. \_\_\_\_\_ E-mail dated 4/21/2004 from SAC/Boston undercover company to Sunny Bai.

AM. \_\_\_\_\_ Audiotape of telephone conversation on 4/26/2004 between John Chu and SAC/Boston undercover agent (Tape 39).

AN. \_\_\_\_\_ Audiotape of telephone conversation on 4/26/2004 between John Chu and SAC/Boston undercover agent (Tape 40).

AO. \_\_\_\_\_ E-mail dated 4/27/2004 from SAC/Boston undercover company to Sunny Bai.

AP. \_\_\_\_\_ Audiotape of telephone conversation on 4/29/2004 between Sunny Bai and SAC/Boston undercover agent (Tape 42).

AQ. \_\_\_\_\_ E-mail dated 4/29/2004 from Sunny Bai to SAC/Boston undercover company.

AR. \_\_\_\_\_ Audiotape of telephone conversation on 4/30/2004 between John Chu and SAC/Boston undercover agent (Tape 43).

AS. \_\_\_\_\_ Audiotape of telephone conversation on 5/3/2004 between Sunny Bai and SAC/Boston undercover agent (Tape 44).

AT. \_\_\_\_\_ Fax dated 5/3/2004 from SAC/Boston undercover company to Sunny Bai and John Chu.

AU. \_\_\_\_\_ Audiotape of telephone conversation on 5/3/2004 between John Chu and SAC/Boston undercover agent (Tape 47).

| | | |
|---|---|---|
| AV. | \_\_\_\_\_ | Fax dated 5/4/2004 from SAC/Boston undercover company to John Chu. |
| AW. | \_\_\_\_\_ | Audiotape of 5/5/2004 meeting among John Chu, Zhu Zhaoxin and SAC/Boston undercover agent. |
| AX. | \_\_\_\_\_ | Audiotape of telephone conversation on 5/5/2004 between Sunny Bai and SAC/Boston undercover agent (Tape 51). |
| AY. | \_\_\_\_\_ | E-mail dated 5/5/2004 from Sunny Bai to SAC/Boston undercover company. |
| AZ. | \_\_\_\_\_ | Audiotape of telephone conversation on 5/5/2004 between Sunny Bai and SAC/Boston undercover agent (Tape 52). |
| BA. | \_\_\_\_\_ | Audiotape of 5/6/2004 meeting among John Chu, Zhu Zhaoxin and SAC/Boston undercover agent. |
| BB. | \_\_\_\_\_ | Schematic of anticipated TWT orders and deliveries, drawn by John Chu on 5/6/04. |
| BC. | \_\_\_\_\_ | Business card of John Chu. |
| BD. | \_\_\_\_\_ | Business card of Zhu Zhaoxin. |
| BE. | \_\_\_\_\_ | Mock Vicor DC/DC military grade power converter, Part No. MI-J20-MY. |
| BF. | \_\_\_\_\_ | Mock Vicor DC/DC military grade power converter, Part No. MI-J20-MZ. |
| BG. | \_\_\_\_\_ | Mock Vicor DC/DC military grade power converter, Part No. MI-J22-MZ. |
| BH. | \_\_\_\_\_ | Mock Vicor DC/DC military grade power converter, Part No. MI-220-MY. |
| BI. | \_\_\_\_\_ | Mock Vicor DC/DC military grade power converter, Part No. MI-J21-MY. |
| BJ. | \_\_\_\_\_ | Mock Vicor DC/DC military grade power converter, Part No. MI-J21-MZ. |

    BK.    \_\_\_\_\_    Mock Vicor DC/DC military grade power converter, Part No. MI-260-MW.

    BL.    \_\_\_\_\_    Mock Vicor DC/DC military grade power converter, Part No. MI-B60-MW.

    BM.    \_\_\_\_\_    Mock Vicor DC/DC military grade power converter, Part No. MI-J62-MY.

    BN.    \_\_\_\_\_    Mock Vicor DC/DC military grade power converter, Part No. MI-J6Y-MY.

Pursuant to Local Rule 117.1(A)(8)(a), if the government subsequently forms an intent to introduce any additional exhibits, the government shall promptly notify defense counsel of the proposed exhibit.

## **WITNESSES**

The United States notifies defense counsel of its intention to call the following witnesses during its case-in-chief. The government reserves the right to supplement this Witness List.

1. Senior Special Agent William Argue
   Immigration and Customs Enforcement
   10 Causeway Street
   Boston, MA 02222

2. Senior Special Agent Stephen Doo (Retired)
   Immigration and Customs Enforcement
   10 Causeway Street
   Boston, MA 02222

3. Zhu Zhaoxin
   Essex County House of Corrections
   20 Manning Avenue
   Middleton, MA 01949

    4.    Nancy Meyer
        U.S. Department of State
        Directorate of Defense Trade Controls
        2401 E. Street, N.W.
        Washington, DC 20037

Pursuant to Local Rule 117.1(A)(8)(a), if the government subsequently forms an intent to call any additional witnesses, the government shall promptly notify defense counsel of the proposed witness's identity and address.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                      By:   /s/ Gregory Moffatt
                              GREGORY MOFFATT
                              Assistant U.S. Attorney
                              (617) 748-3370

September 7, 2005