```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS

    UNITED STATES OF AMERICA    )
                                )
              v.                )    CRIMINAL NO. 04-10156 WGY
                                )
    JOHN CHU                    )
```

DEFENDANT'S MOTION FOR FUNDS
FOR TRAVEL AND HOUSING

Defendant, John Chu, moves this Court, pursuant to 18 U.S.C. § 4282, to order the United States Marshals Service to pay the cost of defendant's return trip (one-way) to Los Angeles, California, and for accommodations for a single night (tonight) at the government rate.  Under the statute:

> On the release from custody of a person arrested on a charge of violating any law of the United States ... [who is] indicted or informed against but not convicted, and detained pursuant to chapter 207 [18 U.S.C. §§ 3141 et seq.], ... the court in its discretion may direct the United States marshal for the district wherein he is released, pursuant to regulations promulgated by the Attorney General, to furnish the person so released with transportation and subsistence to the place of his arrest, or, at his election, to the place of his bona fide residence if such cost is not greater than to the place of arrest.

18 U.S.C. § 4282.  Defendant states that he was arrested in Los Angeles, CA in May 2004 and was detained pursuant to 18 U.S.C. § 3141 until his release yesterday.  He wishes to return to Los Angeles, and seeks a one-way airline ticket to Los Angeles.  He also seeks a single day's subsistence, at the government rate, for a hotel and food tonight as he must go to Plymouth County

Correctional Facility to retrieve his property and is awaiting return of his identification papers from the government.  He is informed by the government that the case agent can return his identification tomorrow, so he expects that allowance of a single day's subsistence will assure that he secures his identification and can travel tomorrow.

    Defendant is indigent and lacks funds to pay the costs.

                                      JOHN CHU
                                      By his attorney

                                      /s/ Charles P. McGinty

                                      Charles P. McGinty
                                        B.B.O. #333480
                                      Federal Defender Office
                                      408 Atlantic Ave., 3rd Floor
                                      Boston, MA 02110
                                      Tel: 617-223-8061

September 13, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10156 WGY |
| | ) | |
| JOHN CHU | ) | |

## ORDER

YOUNG, C.U.S.D.J.

    The Court hereby ORDERS, pursuant to 18 U.S.C. § 4282, that the United States Marshals Service pay the cost of John Chu's return trip (one-way) to Los Angeles, California, and pay for his hotel accommodations and subsistence for a single day and night (September 13, 2005).

                                                  _____
                                                  William G. Young
                                                  Chief United States District Judge

September   , 2005