UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: 04-10156-WGY

UNITED STATES

v.

JOHN CHU
Defendant

JUDGMENT OF ACQUITTAL

      The defendant   JOHN CHU, has been found not guilty. It is ORDERED that the defendant   JOHN CHU    is acquitted, discharged, and any bond exonerated. The defendant is released to go without day.

/s/ William G. Young

---

William G. Young
Chief USDC

SEPTEMBER 13, 2005

To: All Counsel