# United States District Court

DISTRICT OF _____

US  v. John Chu

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 04-10156

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Moffatt | McGinty |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/6 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/6/05 | | | Nancy Meyer |
| | | | C | 33 | Dept of State cert. of export license require. |
| | | | D | 1 | Dept of State cert. of non registration |
| | | 9/7/05 | | | Nancy Meyer |
| | | | BC | | Request for Reconsideration |
| | | | | | Stephen Doo |
| | | | E | 2 | email 2/5/04 |
| | | | F1 | | transcript of F |
| | | | F | 3 | tape recording 2/5/04 |
| | | | AG | 4 | email 1/15/04 |
| | | | I | 5 | tape (CD) 2/9/04 |
| | | | I1 | | transcript of I |
| | | | J | 6 | Purchase order 2-10-04 |
| | | | L | 7 | Audiotape - 2-10-04 |
| | | | L1 | | Transcript of L |
| | | | M | 8 | email 2/11/04 |
| | | | O | 9 | email 2/13/04 |
| | | | P | 10 | Audiotape 2-17-04 |
| | | | P1 | | transcript of P |
| | | | Q | 11 | Audiotape 2/17/04 - Convers. between Doo & Chu |
| | | | Q1 | | Transcript of Q |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

US vs. John Chu                    CASE NO. CR 04-10156

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/7/05 | U | 12 | email 9/22/04 |
| | | | V | 13 | email 4/13/04 |
| | | | W | 14 | audiotape 4-13-04 |
| | | | W₁ | | transcript of W |
| | | | X | 15 | email 4-14-04 |
| | | | Y | 16 | audiotape 4-15-04 |
| | | | Y₁ | | transcript of Y |
| | | | Z | 17 | email 4-16-04 |
| | | | AA | 18 | audiotape 4-16-04 |
| | | | AA₁ | | transcript of AA |
| | | 9/8 | AB | | Stephen Doo |
| | | | AB | 19 | email 4/16/04 to Sunny from Wong |
| | | | B | 20 | Mock C.P.F. wave tape |
| | | | AC | 21 | email 4/19/04 from Sunny to Wong |
| | | | AD | 22 | email 4/19/04 to Mr. Bai from Stephen |
| | | | AI | 23 | email 4/21/04 from Sunny to Wong |
| | | | AL | 24 | email 4/21/04 from Stephen to Sunny |
| | | | AO | 25 | email 4/27/04 |
| | | | AP | 26 | audiotape 4/29/04 |
| | | | AP₁ | | transcript of 26 |
| | | | AQ | 27 | email 4/29/04 to Wong from Sunny |
| | | | AX | 28 | audiotape 5/5/04 |
| | | | AX₁ | | transcript |
| | | | AY | 29 | email 5/5/04 to Wong from Sunny |
| | | | AZ | 30 | audiotape 5/5/04 (tape #52) |
| | | | AZ₁ | | transcript |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| US | | | vs. John Chu | | CASE NO. CR 04-10156 |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/8/05 | BA | 31 | CD rom 5-6-04 |
| | | | BA, | | transcript of 31 |
| | | | BB | 32 | hand drawing |
| | | | | | William Argue |
| | | | | | Jury quest. #1 |

Page _____ of _____ Pages