UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10156 WGY |
| | ) | |
| JOHN CHU | ) | |
| | ) | |

DEFENDANT'S PROPOSED VOIR DIRE QUESTION

Defendant proposes the following voir dire question:

In this case, the government alleges that defendant violated a federal law which restricts exportation of certain items to foreign countries without a license. The specific allegation is that the items were to be shipped to China. Is there anything about the allegation that this case involves China or items which might be exported to China which raises a concern whether you could judge this case fairly?

JOHN CHU
By his attorney,

Charles P. McGinty
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Gregory Moffatt by delivery on September 6, 2005.

Charles P. McGinty