UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10156 WGY |
| | ) | |
| JOHN CHU | ) | |

ORDER

YOUNG, C.U.S.D.J.

The Court hereby ORDERS, pursuant to 18 U.S.C. § 4282, that the United States Marshals Service pay the cost of John Chu's return trip (one-way) to Los Angeles, California, and pay for his hotel accommodations and subsistence for a single day and night (September 13, 2005).

/s/ William G. Young
William G. Young
Chief United States District Judge

September 14, 2005

-3-